Order entered December 5, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01193-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHECK INTO CASH OF TEXAS, LLC, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-1473-2012**

## ORDER

The Court has before it appellant's November 15, 2012 second motion for extension of time to file appellant's brief and perfect appeal. The Court **GRANTS** the motion and **ORDERS** appellant to file her amended brief by December 10, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE